IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES FIRE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:19-cv-02947 |
| XANITOS, INC., CHRISTOPHER BYCZEK, individually and on behalf of all others similarly situated, and BRITTANY LLOYD, individually and on behalf of all others similarly situated. | ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, United States Fire Insurance Company, by and through its attorneys, pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby moves to voluntarily dismiss, without prejudice, its Complaint filed against Defendants, Xanitos, Inc., Christopher Byczek, individually and on behalf of all others similarly situated, and Brittany Lloyd, individually and on behalf of all others similarly situated, in the above-captioned action, with each party to bear their own fees and costs.

Dated: July 16, 2019

Respectfully submitted,
United States Fire Insurance Company

by: */s/ James J. Hickey*

KENNEDYS CMK, LLP

James J. Hickey
james.hickey@kennedyslaw.com
Xavier A. Vergara
xavier.vergara@kennedyslaw.com
Kennedys CMK LLP
100 N. Riverside Plaza, Suite 2100
Chicago, IL 60606   Tel: 312-800-5000
*Attorneys for Plaintiff United States Fire Insurance Company*